# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HORACE A. SMITH

NO. 2024 KW 0574

**SEPTEMBER 9, 2024**

---

In Re:    Horace A. Smith, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 3-17-0080.

---

**BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.**

    **WRIT DENIED ON THE SHOWING MADE IN PART AND WRIT DENIED IN PART.** Relator failed to include a copy of the district court's ruling on the "motion to recuse," pertinent district court minutes, or any other documentation that would support the claims set out in the motion to recuse. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling. With respect to the motions to quash and dismiss, relief is denied.

**PMc**
**JEW**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT